

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2007

**BY FACSIMILE**
The Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007
Fax: (212) 805-7919

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-18-07
```

      Re:    United States v. Olivia Jeanne Bowen
             07 Cr. 961 (LBS)

Dear Judge Sand:

      Enclosed please find a copy of the Indictment in the above-referenced case, which was assigned to Your Honor on Monday, October 15, 2007. The defendant was previously arrested and presented pursuant to a Complaint on September 14, 2007, before Magistrate Judge Eaton. At that time, Leonard Joy of the Federal Defenders of New York was appointed to represent Ms. Bowen. The case is currently scheduled for an initial conference before Your Honor on Tuesday, October 30, 2007, at 10:00 a.m.

      The Government respectfully writes to request that the Court exclude time in the above-referenced action, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), until the conference on October 30, 2007. Such an exclusion will serve the ends of justice and outweighs the interests of the defendant and the public in a speedy trial because, among other reasons, it will enable the defense to review discovery materials produced by the Government and to contemplate any motions, and the parties to discuss a possible disposition of this matter. I have spoken with Mr. Joy, and he consents to the exclusion of time until October 30.

*[Handwritten endorsement: Endorsement — Speedy trial exclusion granted as requested on consent. So ordered. Sand 10/18/07]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *Jenna M. Dabbs*
Jenna M. Dabbs
Assistant United States Attorney
(212) 637-2212

cc:    Mark Gombiner, Esq. (by facsimile)