UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :       ORDER
    -v.-                         :
                                :       07 Cr. 961 (LBS)
OLIVIA JEANNE BOWEN,            :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x



            Upon the application of the United States of America,

by and through Assistant United States Attorney Jenna M. Dabbs,

and with the consent of the defendant, OLIVIA JEANNE BOWEN, by

and through her counsel, Leonard F. Joy, Esq., it is hereby

ORDERED that the time between October 30, 2007 and the date of

the next scheduled conference, January 8, 2008, is excluded for

purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in

the interests of justice.  The ends of justice served by such

continuance outweigh the interest of the public and the defendant

in a speedy trial because it will allow counsel to, among other

things, review discovery and contemplate any motions, and it will

allow the parties to discuss a possible disposition of the case.

            SO ORDERED.

Dated:    October   /, 2007
          New York New York

                                    Hon. Leonard B. Sand
                                    United States District Judge