UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------x

UNITED STATES OF AMERICA           :     <u>TRANSPORTATION ORDER</u>

       - v -                        :     07 Cr. 961

Olivia Jeanne Bowen                :

             Defendant.         :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-08

Upon the application of **Olivia Jeanne Bowen**, by her attorney, **Leonard F. Joy, Esq.,** Federal Defenders of New York, Inc., pursuant to 18 U.S.C. § 4285, and with the consent of the government, it is hereby

**ORDERED** that the United States Marshals Service reimburse Olivia Jeanne Bowen with funds she used to cover the cost of one-way airfare and ground transportation from Nashville, Tennessee to New York, New York for a court appearance before United States District Judge Leonard B. Sand at 10:00 a.m. on Thursday, January 24, 2008.

Dated: New York, New York
       January 25, 2008

                                      HONORABLE LEONARD B. SAND
                                    United States District Judge