# EXHIBIT A

# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF
_____ V.S. _____
FOR
AT

| | |
|---|---|
| PERSON REPRESENTED (Show your full name) | 1 ☐ Defendant—Adult |
| Olivia Jeanne Bowen | 2 ☐ Defendant - Juvenile |
| | 3 ☐ Appellant |
| | 4 ☐ Probation Violator |
| CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony | 5 ☐ Parole Violator |
| ☐ Misdemeanor | 6 ☐ Habeas Petitioner |
| | 7 ☐ 2255 Petitioner |
| | 8 ☐ Material Witness |
| | 9 ☐ Other |

LOCATION NUMBER

DOCKET NUMBERS
Magistrate: 07M1011
District Court:
Court of Appeals

U.S. DISTRICT COURT FILED SEP 1 2007 S.D. OF N.Y.

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ 0
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ 3000   SOURCES Marketing

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ 100

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ 2000   DESCRIPTION 1999 Chevrolet

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
☒ SEPARATED OR DIVORCED
Total No. of Dependants: ___
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/14/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ➤ Jeanne Bowen