```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-29-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    x
UNITED STATES OF AMERICA            x        ORDER
                                    x
         -v-                        x
                                    x        DOCKET #
                                    x
OLIVIA JEANNE BOWEN                 x
                                    x        07crim 961 (LBS)
                                    x
------------------------------------x


LEONARD B. SAND      , DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day,

  Eric Sears              is hereby ordered to assume

representation of the defendant in the above captioned matter.


                              SO ORDERED.

                              _____
                                    UNITED STATES DISTRICT JUDGE


Dated: 2/28/08
       New York, New York