```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :    ORDER

        v.                      :    07 Cr. 961 (LBS)

OLIVIA JEANNE BOWEN,            :

                Defendant.      :
- - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-08

LEONARD B. SAND, District Judge:

      Upon the application of the United States of America, by and through Assistant United States Attorney Howard S. Master, and with the consent of the defendant, OLIVIA JEANNE BOWEN, by and through her counsel, Eric M. Sears, Esq., it is hereby ORDERED that the time between March 27, 2008, and the date of the trial scheduled in this matter, September 22, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to prepare for trial in this complex matter.

      SO ORDERED.

Dated:    New York, New York
           March 27, 2008

                                            HON. LEONARD B. SAND
                                            United States District Judge