ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :        ORDER

                                       :        S2 07 Cr. 961 (LBS)

          -v.-

                                       :

OLIVIA JEANNE BOWEN,               :
NOEMI DODAKIAN,
   a/k/a "Emi Dodakian," and       :
CHONG SHING WU,

        Defendants.               :

- - - - - - - - - - - - - - - x



       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Howard S. Master;

       It is found that the Second Superseding Indictment in the above-captioned action (S2 07 Cr. 961 (LBS)) is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

       ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      August 7, 2008

AUG 0 7 2008

_____
UNITED STATES MAGISTRATE JUDGE

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York