UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :    ORDER

      v. -                                :    S1 07 Cr. 961 (LBS)

OLIVIA JEANNE BOWEN,                    :
NOEMI DODAKIAN,
  a/k/a "Emi Dodakian,"                 :
DAVID NORMAN,
  a/k/a "Tim Norman,"                   :
ROBERT INGRAM, and
CHONG SHING WU,                         :

      Defendants.                       :

- - - - - - - - - - - - - - - - x



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-08-08

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Howard S. Master;

    It is found that the First Superseding Indictment in the above-captioned action (S1 07 Cr. 961 (LBS)) is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

    ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      September 5, 2008

                        HONORABLE LEONARD B. SAND
                        UNITED STATES DISTRICT JUDGE